# Court of Appeals
# of the State of Georgia

ATLANTA,____March 10, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1102.  DONNIE ROWE v. THE STATE.**

On December 29, 2014, Donnie Rowe filed a pro se notice of appeal, indicating that he seeks review of the trial court's order of December 20, 2014.  However, there is no such order in the record.

The most recent trial court order was entered on October 2, 2014, and Rowe's notice of appeal is untimely from that order.  See OCGA § 5-6-38 (a) (notice of appeal must be filed within 30 days after entry of an appealable order).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Because Rowe's notice of appeal is not timely as to any appealable order, we lack jurisdiction to consider his appeal.  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____* 03/10/2015 _____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*